UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 P 5: 09
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| TROY HARRIS | PRISONER |
| | : CIVIL NO. 3:02CV485 (DJS) |
| V. | : |
| JOHN ARMSTRONG, ET AL. | : NOVEMBER 3, 2003 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendant Grant, ONLY, in his official and individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 10th day of November 2003.

DEFENDANT
Grant

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5450
E-Mail: michael.lanoue@po.state.ct.us
Federal Bar #ct05195

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of November 2003:

Troy Harris #133244
Corrigan/Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

_____
Michael J. Lanoue
Assistant Attorney General

2