UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

2003 DEC -8 P 4:59

TROY HARRIS
   V.
JOHN J. ARMSTRONG

3:02cv485 (DJS)(TPS)

MOTION TO RESPOND

I (TROY HARRIS) AM FILING A MOTION SEEKING A SETTLEMENT CONFENECE WITHIN 60 DAYS OF THE DATE OF THIS ORDER.

11/30/03

By Troy Harris