UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TROY HARRIS,
    Plaintiff

- v -                               3:02-CV-485(DJS)

ARMSTRONG, et al.
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **March 30, 2004, at 10:00 a.m.** The parties shall submit ex parte statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than March 26, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**Dated at Hartford, Connecticut, this 5th day of February, 2004.**

_____
Thomas P. Smith
United States Magistrate Judge