UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 26 A 9: 48

TROY HARRIS                    :
                               :           PRISONER
     v.                        :   Case No. 3:02CV485(DJS)(TPS)
                               :
JOHN J. ARMSTRONG, et al.      :

RULING AND ORDER

Plaintiff seeks a settlement conference in this case. A settlement conference has been scheduled for March 30, 2004. Accordingly, plaintiff's motion [**doc. #20**] is **DENIED** as moot.

**SO ORDERED** this 26th day of February, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge