UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TROY HARRIS,
       -Plaintiff

-v-                            CIVIL NO.  3:02 CV 485 (DJS)

COMMISSIONER ARMSTRONG
CORRECTIONAL OFFICER GRANT
STATE OF CONNECTICUT,
       -Defendants

## ORDER

A settlement conference has been held in this case and it has been settled with prejudice.  Defendants will file the appropriate papers within 45 days of this date.

IT IS SO ORDERED at Hartford, Connecticut, this 30th day of March 2004.

*[signature]*
Thomas P. Smith
United States Magistrate Judge