UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TROY HARRIS

      v.

JOHN J. ARMSTRONG
GEORGE WEZNER
C.O. GRANT
JOHN DOE

                 PRISONER
CASE NO. 3:02cv485 (DJS)

## JUDGMENT

On March 30, 2004, the court filed an Order noting that this matter has been settled and directing defendants to file closing papers within forty-five days. Closing papers have not been filed. Neither party has reported that the matter has not been settled.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice and the case is closed pursuant to Rule 41(b), D. Conn. L. Civ. R.

Dated at Bridgeport, Connecticut this 24th day of May, 2004.

                                               KEVIN F. ROWE, Clerk

                                               By /s/ Donna P. Thomas
                                                    Donna P. Thomas
                                                    Deputy Clerk

Entered on the Docket _____